**Order entered April 6, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01392-CV

## IN THE INTEREST OF A.B.P., A CHILD

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-50465-2017**

## ORDER

Before the Court is appellee's April 3, 2020 second motion for extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to May 20, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE